UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

| | | |
|---|---|---|
| TIVADAR SZABO, | : | 20-Cv-7253 (SHS) |
| Plaintiff, | : | |
| -v- | : | ORDER |
| MCC CONTRACTOR LLC, and BR 31, LLC, | : | |
| Defendants. | : | |

-------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

    A teleconference having been held today, with counsel for all parties participating,

    IT IS HEREBY ORDERED that:

1. The parties shall file a proposed discovery schedule by December 16, 2020; and

2. The next pretrial conference will be held on February 8, 2021, at 2:30 p.m.

Dated: New York, New York
        December 9, 2020

SO ORDERED

_____
SIDNEY H. STEIN
U.S.D.J.