UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

TIVADAR SZABO,  :  20-Cv-7253 (SHS)

                Plaintiff,  :

  -v-  :  <u>ORDER</u>

MCC CONTRACTOR LLC, and BR 31, LLC,  :

                Defendants.
------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

    In light of the scheduling of the first mediation conference for October 14, 2021 [docket entry on 8/12/2021]

    IT IS HEREBY ORDERED that the status teleconference scheduled for August 18, 2021, at 10:00 a.m., is adjourned to October 21, 2021, at 9:00 a.m.

Dated: New York, New York
       August 13, 2021

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.