| | | |
|---|---|---|
| Scott B. Richman, Esq.<br>*Managing Member*<br>Direct: (646) 854-4252 | **RICHMAN LAW FIRM PLLC**<br>A Full Service Civil & Commercial<br>Litigation Firm | 630 Third Avenue, 23rd Floor<br>New York, New York 10017<br>Main: (646) 854-3547 |

May 3, 2022

**VIA ECF**                       **MEMO ENDORSED**

Honorable Sidney H. Stein
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

                     Re:     Szabo v. MCC Contractor LLC, *et al.*
                                 Case No.: 1:20-cv-07253-SHS
                                 Case Update/Deadlines/May 6, 2022, Conference

Hon. Sidney H. Stein:

       The undersigned firm represents Defendant/Third-Party Plaintiff MCC Contractor LLC (hereinafter "MCC") in the above referenced matter. This letter is written jointly with all parties to update the court as to the forthcoming mediation of this matter and to request an extension of the deadline to file any dispositive motion and the upcoming May 6, 2022, court conference.

       The parties have agreed to move forward with private mediation with the Hon. George Silver on May 27, 2022. In light of said mediation, the parties request an extension of time from the present deadline to file any dispositive motions, from June 6, 2022, to July 8, 2022. Further, as the parties are working hard to resolve the matter at mediation, the parties request an adjournment of the May 6, 2022, court conference. Should the matter be resolved at mediation, the parties will alert the court as to same.

       Thank you very much in advance for your attention to this matter.

                                                                 Sincerely,

                                                         */s/ Scott B. Richman*
                                                        Scott B. Richman, Esq.

**The deadline to file dispositive motions is extended to July 8, 2022. The teleconference is adjourned to July 8, 2022, at 9:00 a.m.**

Dated: New York, New York
            May 4, 2022

                                               SO ORDERED:

                                              Sidney H. Stein, U.S.D.J.