UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

TIVADAR SZABO,                               :      20-Cv-7253 (SHS)

                Plaintiff,           :
-v-                                                 <u>ORDER</u>
                                                                :

MCC CONTRACTOR LLC, and BR 31, LLC,
                                                                :

                Defendants.
------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

        The Court having been notified that this matter has settled,

        IT IS HEREBY ORDERED that this action is dismissed with prejudice and without costs; provided, however, that within 30 days of the date of this Order any party may reinstate this action in writing if the settlement has not been effectuated by then.

Dated: New York, New York
       July 8, 2022

                                                                         SO ORDERED:

                                                                         Sidney H. Stein, U.S.D.J.